| | |
|---|---|
| 1 | JAMES HUNT MILLER (CA BAR # 135160) |
| | P.O. Box 10891 |
| 2 | OAKLAND CA 94610 |
| | P:(510) 451-2132 |
| 3 | F:(510) 451-0824 |
| | e:jim_miller0@yahoo.com |
| 4 | |
| | Attorney for Plaintiff |

### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSEMARY CONTRERAS, | ) | |
| Plaintiff, | ) | Civil No. 06-06017 MEJ |
| vs. | ) | |
| JOANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | ) | STIPULATION AND ORDER FOR EXTENSION OF TIME IN WHICH TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR REMAND |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to approval of the Court, that Plaintiff may have an extension (the first that Plaintiff has requested) of 30 days, or until February 22, 2007, in which to file her Motion for Summary Judgment and/or Remand.

DATE: 01/19/07                                /s/_____
                                              James Hunt Miller
                                              Attorney for Plaintiff

*plf's extn/~~proposed~~ order – contreras v. ssa C-06-6017 MEJ*                    1

1  DATE: January 22, 2007                     Kevin V. Ryan
                                              United States Attorney
2

3                                             By:/s/[1]_____
                                              Deborah Lee Stachel
4                                             Special Assistant United States Attorney

5

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8  DATE: January 23, 2007            _____
                                     United States Magistrate Judge
9

*GRANTED — Judge Maria-Elena James*

---

[1] This is as communicated by facsimile to the filer. The original (with hand signature) of this is held by the signer.

*plf's extn/~~proposed~~ order – contreras v. ssa C-06-6017 MEJ*          2