IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY CONTRERAS, | No. C 06-6017 MEJ |
| Plaintiff, | |
| vs. | **ENTRY OF JUDGMENT** |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

On January 27, 2009, the Court denied Plaintiff's motion for summary judgment and granted Defendant's cross-motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 27, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge