**United States District Court**
For the Northern District of California

1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6   ROSEMARY CONTRERAS,                     No. C 06-6017 MEJ

7              Plaintiff,                    **ORDER REMANDING CASE TO**
                                             **AGENCY FOR REDETERMINATION OF**
8       vs.                                  **ELIGIBILITY FOR BENEFITS**

9   MICHAEL J. ASTRUE,
    Commissioner of Social Security,
10

11              Defendant.
    _____/

12

13         On May 5, 2010, the Ninth Circuit Court of Appeals reversed the judgment of this Court with

14   instructions to remand this case to the agency.  (Dkt. #27.)  Accordingly, the Court hereby

15   REMANDS this case to the agency for a redetermination of eligibility for benefits consistent with

16   the Ninth Circuit's disposition.

17         **IT IS SO ORDERED.**

18

19   Dated: May 24, 2010

20                                        _____
                                          MARIA-ELENA JAMES
21                                        United States Magistrate Judge

22

23

24

25

26

27

28